PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:05CR00420-001 MV

DOCKET NUMBER (Rec. Court)
08CR50016

**FILED**
08 MAR 13 AM 9:28
CLERK-ALBUQUERQUE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kevain White | New Mexico | |
| | NAME OF SENTENCING JUDGE | |
| | Martha Vazquez | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/02/2004 — TO |

**FILED**
MAR 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OFFENSE: Transporting Undocumented Aliens Within the United States for Private Financial Gain, by Means of a Motor Vehicle, in violation of 8 U.S.C. 1324(a)(1)(B)(i).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    New Mexico

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: 2-08-08

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 3/7/08

United States District Judge **Frederick J. Kapala**
Rockford

TERMED

# U.S. District Court
## District of New Mexico - Version 3.0 (Albuquerque)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00420-MV All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. White | Date Filed: 03/02/2005 |
| | Date Terminated: 03/02/2005 |

Assigned to: Chief Judge Martha Vazquez

**Defendant**

**Kevin Oris White, Sr (1)**
*TERMINATED: 03/02/2005*

represented by **Floyd W. Lopez**
P.O. Box 10285
Albuquerque, NM 87184-0285
505-254-1000
Fax: 505-254-3610
Email: lopezpa@swcp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 8:1324.F BRINGING IN AND HARBORING ALIENS (1) | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

CERTIFIED a True Copy of the original filed in the office of the Clerk
by Patricia S. Zld
Deputy

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2008 | 11 | Probation Jurisdiction Transferred to Northern District of Illinois as to Kevin Oris White, Sr. Transmitted Transfer of Jurisdiction form, with certified copy of docket sheet by pz. (pz) Modified on 3/19/2008 (pz). (Entered: 03/19/2008) |
| 03/03/2008 |  | Revocation of Supervised Release Hearing previously set for 3/4/08 at 9:30 a.m. is VACATED (id) TEXT ONLY ENTRY - THERE ARE NO DOCUMENTS ATTACHED Modified on 3/3/2008 (dmw) (Entered: 03/03/2008) |
| 02/13/2008 | 10 | NOTICE OF HEARING as to Kevin Oris White, Sr; Final Hearing re Revocation of Supervised Release set for 3/4/2008 at 09:30 AM before Chief Judge Martha Vazquez. (td) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/13/2008) |
| 12/21/2007 | 9 | WAIVER of Preliminary Examination or Hearing by Kevin Oris White, Sr (mlg) (Entered: 12/21/2007) |
| 12/21/2007 | 8 | Clerk's Minutes for proceedings held before Magistrate Judge Robert Hayes Scott :Preliminary Revocation Hearing as to Kevin Oris White, Sr held on 12/21/2007; Deft waives preliminary and is released on previous conditions of release (Tape #FTR/HONDO @ 9:46 am.) (ma) (Entered: 12/21/2007) |
| 12/20/2007 |  | Set/Reset Hearings as to Kevin Oris White, Sr: Preliminary Revocation Hearing set for 12/21/2007 09:30 AM in Albuquerque - 440 Hondo Courtroom before Magistrate Judge Robert Hayes Scott. (ma) (Entered: 12/20/2007) |
| 12/18/2007 | 7 | Rule 5 Documents Received as to Kevin Oris White, Sr from Northern District of Illinois - Western Division (td) (Entered: 12/18/2007) |
| 12/11/2007 | 6 | Arrest Warrant Returned Executed on 12/7/07. as to Kevin Oris White, Sr. (vv) (Entered: 12/11/2007) |
| 11/19/2007 | 5 | (Court only) Arrest Warrant Issued by Chief Judge Martha Vazquez as to Kevin Oris White, Sr. (mr) (Entered: 11/19/2007) |
| 11/15/2007 | 4 | (Court only) PETITION for Revocation of Supervised Release as to Kevin Oris White, Sr. and Order by Chief Judge Martha Vazquez that an Arrest Warrent be issued for Defendant to show cause why probation should not be revoked. (mr) (Entered: 11/19/2007) |
| 08/18/2006 | 3 | ORDER by Chief Judge Martha Vazquez waiving the 75 hours of community service that was previously imposed (cc: all counsel) (mjr) (Entered: 08/21/2006) |
| 12/05/2005 | 2 | CJA Form 20 Copy 4 (Appointment of Counsel) for defendant Kevin Oris White Sr appointing Floyd W. Lopez (vv) (Entered: 12/07/2005) |
| 03/02/2005 |  | TRANSFER JURISDICTION case closed (1) count(s) 1 defendant Kevin Oris White (ma) (Entered: 03/02/2005) |

| 03/02/2005 | 1 | TRANSFER JURISDICTION from Southern District of Texas as to defendant Kevin Oris White Sr (1) count(s) 1 by Chief Judge Martha Vazquez (ma) (Entered: 03/02/2005) |