UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 50016 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| KEVAIN ORIS WHITE, SR. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully Submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/ Joseph C. Pedersen
        JOSEPH C. PEDERSEN
        Assistant United States Attorney
        308 W. State Street, Suite 300
        Rockford, Illinois  61101
        (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on December 7, 2007, the following document:

    ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any.

           s/ Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444