UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 50016 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| KEVAIN ORIS WHITE, SR. | ) | |

**NOTICE OF MOTION**

To:   Haneef Omar                                  Kevain White
      Federal Defender Program            East Moline Correctional Center
      202 W. State Street, Suite 600         100 Hillcrest Road
      Rockford, Illinois  61101                  East Moline, Il 61244

**PLEASE TAKE NOTICE** that on Friday, June 20, 2008, at 9:00 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion For A Status Hearing, at which time and place you may appear if you see fit.

                                                        Respectfully submitted,

                                                        PATRICK J. FITZGERALD
                                                        United States Attorney


                                        BY:        /s Joseph C. Pedersen
                                                        JOSEPH C. PEDERSEN
                                                        Assistant United States Attorney
                                                        308 West State Street - Rm. 300
                                                        Rockford, Illinois  61101
                                                        815-987-4444

**CERTIFICATE OF FILING AND SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on June 16, 2008, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers and was sent via U.S. Mail and/or hand delivered to the following individuals:

Haneef Omar  
Federal Defender Program  
202 W. State Street, Suite 600  
Rockford, Illinois 61101

Kevain White  
East Moline Correctional Center  
100 Hillcrest Road  
East Moline, Il 61244

Teresa Brown  
United States Probation Officer  
United States Probation Office  
Northern District of Illinois  
211 South Court Street, Room 114-B  
Rockford, Illinois 61101

    /s Joseph C. Pedersen  
JOSEPH C. PEDERSEN  
Assistant United States Attorney  
308 West State Street - Room 300  
Rockford, Illinois 61101  
815-987-4444