# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 3:08−cr−50016
                                              Honorable Frederick J. Kapala

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala:Status hearing held. Counsel for government and probation officer appear. Status hearing continued to 9:00 a.m. on June 27, 2008. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.