UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 50016 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| KEVAIN ORIS WHITE, SR. | ) | |

### NOTICE OF MOTION

To:　Haneef Omar　　　　　　　　　　　Kevain White
　　　Federal Defender Program　　　　　East Moline Correctional Center
　　　202 W. State Street, Suite 600　　　100 Hillcrest Road
　　　Rockford, Illinois 61101　　　　　　East Moline, Il 61244

**PLEASE TAKE NOTICE** that on Friday, June 27, 2008, at 9:00 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion For A Status Hearing, at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　BY:　　　/s Joseph C. Pedersen
　　　　　　　　　　　　　　　　JOSEPH C. PEDERSEN
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　308 West State Street - Rm. 300
　　　　　　　　　　　　　　　　Rockford, Illinois 61101
　　　　　　　　　　　　　　　　815-987-4444

**CERTIFICATE OF FILING AND SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on June 16, 2008, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers and was sent via U.S. Mail and/or hand delivered to the following individuals:

Haneef Omar
Federal Defender Program
202 W. State Street, Suite 600
Rockford, Illinois 61101

Kevain White
East Moline Correctional Center
100 Hillcrest Road
East Moline, Il 61244

Teresa Brown
United States Probation Officer
United States Probation Office
Northern District of Illinois
211 South Court Street, Room 114-B
Rockford, Illinois 61101

    /s Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
815-987-4444