## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50016 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Kevain White | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Hearing on petition for revocation of supervised release filed on November 15, 2007 in the District of New Mexico (Case # 1:05-cr-00420-MV) is set for 2:30 p.m. on July 29, 2008. Any motion to dismiss to be filed on or before July 8, 2008. Response due on or before July 15, 2008.

*[Signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|