UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 50016 |
| | ) | District Court Judge Frederick J. Kapala |
| KEVAIN O. WHITE, SR. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE HONORABLE UNITED STATES DISTRICT COURT JUDGE FREDERICK
J. KAPALA OF THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION.

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, respectfully represents unto Your Honor

that:

Name:            KEVAIN O. WHITE, SR.
Date of Birth:   02/28/1969
Sex:             Male
Race:            White
Prisoner No.:    B36116

has been and now is, in due form and process of law, incarcerated in:

East Moline Correctional Center
100 Hillcrest Road
East Moline, Illinois 61244

Your petitioner further represents unto the Court that the said defendant has been

charged in the above captioned cause in the Western Division of the Northern District of

Illinois with a violation of, and is now wanted in said division and district at 2:30 p.m., on

Tuesday, July 29, 2008, for his initial appearance before United States District Court Judge

Frederick J. Kapala.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of

Habeas Corpus Ad Prosequendum in this matter directed to the following persons:

KIM WIDUP                           GENE JUNGWIRTH
United States Marshal                Warden
219 South Dearborn Street           East Moline Correctional Center
Room 2444 - Federal Building        100 Hillcrest Road
Chicago, Illinois 60604             East Moline, Illinois 61244

commanding said persons to produce the said defendant before the United States District

Court Judge for the Northern District of Illinois, Western Division, at said time and on said

date, and that when the said defendant shall be so produced pursuant to said Writ, and that

when all proceedings have been concluded, that he be returned forthwith to said institution

from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


BY: _____
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444