## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50016 | DATE | 7/9/2008 |
| CASE TITLE | USA vs. Kevain White, Sr. | | |

**DOCKET ENTRY TEXT:**

United States' petition for writ of habeas corpus ad prosequendum is granted. The clerk is directed to issue the writ of habeas corpus ad prosequendum. Enter Order.

*Notices mailed by Judicial staff.*

# FILED

JUL 09 2008

FREDERICK J. KAPALA
U.S. DISTRICT COURT JUDGE

| | Courtroom Deputy Initials: | sw |
|---|---|---|