UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 50016 |
| | ) | Judge Frederick J. Kapala |
| KEVAIN ORIS WHITE | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO DISMISS
RULE TO SHOW CAUSE WHY SUPERVISED RELEASE
SHOULD NOT BE REVOKED**

THE UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, responds to defendant's motion to dismiss rule to show cause why supervised release should not be revoked as follows:

### BACKGROUND

On August 19, 2003, defendant was sentenced to 27 months imprisonment in the Southern District of Texas after being convicted of one count of Transporting Undocumented Aliens within the United States for Private Financial Gain by Means of a Motor Vehicle in violation of Title 8, United States Code, Section 1324(a)(1)(B)(i). In addition, defendant was sentenced to term of 36 months supervised release. Defendant was released from imprisonment on December 2, 2004 and on March 2, 2005, the jurisdiction of his case was transferred to the District of New Mexico and defendant's case was assigned case number 05 CR 00420 in the United States District Court, District of New Mexico (hereinafter referred to as "05 CR 00420). In January 2006, defendant moved to Illinois and has resided in Illinois since that time.

On May 4, 2007, defendant was arrested and charged in Whiteside County, Illinois with Driving Under the Influence of Alcohol and Driving While License Revoked in case number 07 CF

1

228. On May 14, 2008, defendant pleaded guilty in Whiteside County case number 07 CR 228 to Aggravated Driving Under the Influence of Alcohol and Driving While Licensed Revoked, both Class 4 felonies, and was sentenced to concurrent terms of one year of imprisonment.

Defendant's supervised release was scheduled to expire on December 1, 2007. However, on November 15, 2007, a petition for revocation of supervised release, a copy of which is attached as Government Exhibit 1, was filed in 05 CR 00420 alleging that defendant had violated the terms of his supervised release by committing the offenses of Driving Under the Influence of Alcohol and Driving While License Revoked in Whiteside County, Illinois case number 07 CF 228 and by failing to notify his probation officer within 72 hours of his arrest in that case. An arrest warrant was issued on the petition and defendant surrendered to the United States Marshals Service in the Northern District of Illinois on December 7, 2007. On December 21, 2007, defendant appeared before a district court judge in the District of New Mexico and waived his right to a preliminary hearing on the petition. R.1.[1] On February 13, 2008, a notice of hearing regarding the revocation of defendant's supervised release was issued in 05 CR 00420 setting the hearing for March 4, 2008 at 9:30 a.m. On March 3, 2008, a docket entry was entered in 05 CR 00420 which stated "Revocation of Supervised Release Hearing previously set for 3/4/08 at 9:30 a.m. is VACATED." R.1. On March 24, 2008, an order was entered transferring jurisdiction to the Northern District of Illinois. R.1.

## DISCUSSION

---

[1] A copy of the docket sheet for 05 CR 00420 is included in Document 1 in 08 CR 50016. All citations to documents contained in 08 CR 00420 are denoted "R." and followed by the applicable page number.

Defendant argues in his motion to dismiss that although defendant's term of supervised release was tolled as of November 15, 2007 based on the issuance of the warrant for defendant's violation of the terms of his supervised release, the term of supervised release recommenced on March 3, 2008 when the district court in the District of New Mexico vacated the hearing on the rule to show cause. M.2.[2] However, at the time the district court vacated the hearing on the rule to show cause on March 3, 2008 in 05 CR 00420, the court had previously signed, on February 28, 2008, the order consenting to the transfer of jurisdiction of defendant's case to the Northern District of Illinois. The district court in the District of New Mexico could have entered an order dismissing the rule to show cause but did not do so. Rather, the court entered an order vacating the hearing only. The United States is not aware of nor has defendant cited any statutes or court precedent that prohibit the transfer of a pending petition for rule to show cause why supervised release should not be revoked when the jurisdiction of case is transferred from one district to another. Therefore, the pending petition for rule to show cause was transferred when jurisdiction of defendant's case was transferred to the Northern District of Illinois. Because the petition is still pending, this court has jurisdiction to conduct a hearing to determine whether defendant's supervised release should be revoked based on the violations contained in the petition originally filed in the District of New Mexico.

---

[2] All citations to defendant's motion to dismiss are denoted "M." and followed by the applicable page number.

**CONCLUSION**

For the reasons stated above, the United States requests that this Court deny defendant's motion to dismiss rule to show case why supervised release should not be revoked and set a hearing date for the rule to show cause previously filed in the District of New Mexico.

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney
                                        Northern District of Illinois

                               By:  /s Joseph C. Pedersen
                                        JOSEPH C. PEDERSEN
                                        Assistant United States Attorney
                                        308 West State Street - Suite 300
                                        Rockford, Illinois 61101
                                        (815) 987-4444

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS
RULE TO SHOW CAUSE

was served on July 15, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    /s Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444

COPY

FILED

PROB 12C
(Rev. DNM-5/05)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW MEXICO

07 NOV 15 PM 2:12

CLERK - LAS CRUCES

### Petition for Revocation of Supervised Release

#32767
ABQ
ARD

| | |
|---|---|
| Name of Offender: | Kovain Oris White Sr. |
| Docket Number: | 1:05CR00420-001MV |
| Assigned Judge: | Honorable Martha Vazquez, Chief U.S. District Judge |
| Date of Original Sentence: | 08/19/2003 |
| Original Offense: | Transporting Undocumented Aliens Within the United States for Private Financial Gain, by Means of a Motor Vehicle, in violation of 8 USC 1324(a)(1)(B)(i). |
| Original Sentence: | BOP: 27 months; TSR: 36 months |
| Date Supervision Commenced: | 12/02/2004 |
| Date Supervision Expires: | 12/01/2007 |
| Other Court Action: | 02/18/2005 - Transfer of Jurisdiction from Southern District of Texas to the District of New Mexico |
| | 08/18/2006 - Stipulated Order Waiving Community Service |
| | 02/28/2007 - Notice of Noncompliance, no action recommended |

---

### PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Amber Dennison, alleges the offender has violated the following condition(s) of supervised release.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mandatory Condition - "The defendant shall not commit another federal, state, or local crime." On May 4, 2007, the defendant was arrested by the Rock Falls Police Department in Rock Falls, Illinois, for Driving Under the Influence, Driving While License Revoked, Improper Turn, Operating Uninsured Vehicle and Operating in Violation of Classification (Glasses). On May 15, 2007, in the Circuit Court of the Fourteenth Judicial Circuit, Whiteside County, Illinois, Case No. 07CF228 an Information was filed and charged, Counts 1 and 2: Aggravated Driving Under the Influence of Alcohol and Count 3: Driving While License Revoked. The defendant was released on a $300 cash bond and failed to appear in Court on August 29, 2007. A warrant was issued for the defendant's arrest and he was subsequently arrested on the warrant on October 29, 2007. |
| 2 | Standard Condition - "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." On November 1, 2007, during a |



GOVERNMENT
EXHIBIT
1

routine criminal records check, the defendant's U.S. Probation Officer, Teresa R. Brown, discovered the defendant was arrested on May 4, 2007, for Driving Under the Influence, Driving While License Revoked, Improper Turn, Operating Uninsured Vehicle and Violation of Classification (Glasses). The defendant had not reported his arrest to U.S. Probation Officer Teresa R. Brown within 72 hours of his arrest. The defendant also failed to report he was again arrested on October 29, 2007, on a warrant for Failure to Appear in Court on August 29, 2007.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 15, 2007.

Submitted:                                              Approved:                    ☒ Phone Approval

_____                         _____
Amber Dennison                                          Jim Tierney
U.S. Probation Officer                                  Assistant U.S. Attorney

Date: 11/15/07                                          Date: 11/15/07

---

**THE COURT ORDERS:**

☒ The court orders that a warrant be issued.
☐ The court orders that a summons be issued.
☐ The defendant be brought before a United States Magistrate Judge for presentment on this amended petition.
☐ Other:

_____

Considered this ___15___ day of
___November___, 2007 and made a part
of the records in the above case.

_____
Signature of Judicial Officer