## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50016 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Kevain White | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. Defendant's oral motion for appointment of Haneef Omar as counsel is granted.

*Notices mailed by Judicial staff.*

01:00

| | Courtroom Deputy Initials: | sw |
|---|---|---|