## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50016 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Kevain White | | |

**DOCKET ENTRY TEXT:**

United States' petition for writ of habeas corpus ad prosequendum is granted. The clerk is directed to issue the writ of habeas corpus ad prosequendum. Enter Order.

Notices mailed by Judicial staff.

F I L E D

AUG 0 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | | Courtroom Deputy Initials: | SW |
|---|---|---|---|