UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

JUL 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 08 CR 50016 |
| ) | District Court Judge Frederick J. Kapala |
| KEVAIN O. WHITE, SR. ) | |

IMAGED

## ORDER

Upon reading the petition in this matter presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that:

| | |
|---|---|
| Name: | KEVAIN O. WHITE, SR. |
| Date of Birth: | 02/28/1969 |
| Sex: | Male |
| Race: | White |
| Prisoner No.: | B36116 |

has been and now is, in due form and process of law, incarcerated in:

East Moline Correctional Center
100 Hillcrest Road
East Moline, Illinois 61244

and that said defendant is charged in the captioned cause with a violation of, and that said defendant should appear in this cause in the United States District Court at 2:30 p.m., on Tuesday, August 19, 2008, for an initial appearance before United States District Court Judge Frederick J. Kapala.

IT IS THEREFORE ORDERED that:

| | |
|---|---|
| KIM WIDUP | GENE JUNGWIRTH |
| United States Marshal | Warden |
| 219 South Dearborn Street | East Moline Correctional Center |
| Room 2444 - Federal Building | 100 Hillcrest Road |
| Chicago, Illinois 60604 | East Moline, Illinois 61244 |

bring or cause to be brought before this Court, at said time on said date, before United States District Court Judge Frederick J. Kapala, in the United States Courthouse, at Rockford, Illinois, the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*[signature]*
FREDERICK J. KAPALA
United States District Court Judge

DATED: July 31, 2008