# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50016 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Kevain White | | |

**DOCKET ENTRY TEXT:**

United States' petition for writ of habeas corpus ad prosequendum [18] is granted. The clerk is directed to issue the writ of habeas corpus ad prosequendum. Enter Order.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|