<pre>                                                                    </pre>
<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

<pre>                                                                    </pre>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
AUG 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 08 CR 50016 |
| | ) District Court Judge Frederick J. Kapala |
| KEVAIN O. WHITE, SR. | ) |

## ORDER

Upon reading the petition in this matter presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that:

<pre>
Name:            KEVAIN O. WHITE, SR.
Date of Birth:   02/28/1969
Sex:             Male
Race:            White
Prisoner No.:    B36116
</pre>

has been and now is, in due form and process of law, incarcerated in:

<pre>
          Stateville Correctional Center
          Route 53, P.O. Box 112
          Joliet, Illinois 60434
</pre>

and that said defendant is charged in the captioned cause with a violation of, and that said defendant should appear in this cause in the United States District Court at 9:00 a.m., on Tuesday, August 26, 2008, for an initial appearance before United States District Court Judge Frederick J. Kapala.

IT IS THEREFORE ORDERED that:

| | |
|---|---|
| KIM WIDUP | TERRY MCCANN |
| United States Marshal | Warden |
| 219 South Dearborn Street | Stateville Correctional Center |
| Room 2444 - Federal Building | Route 53, P.O. Box 112 |
| Chicago, Illinois 60604 | Joliet, Illinois 60434 |

bring or cause to be brought before this Court, at said time on said date, before United States District Court Judge Frederick J. Kapala, in the United States Courthouse, at Rockford, Illinois, the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

FREDERICK J. KAPALA
United States District Court Judge

DATED: August 20, 2008