UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

AUG 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 50016 |
| | ) | District Court Judge Frederick J. Kapala |
| KEVAIN O. WHITE, SR. | ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE UNITED STATES DISTRICT COURT JUDGE FREDERICK J. KAPALA OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION.

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully represents unto Your Honor that:

        Name: KEVAIN O. WHITE, SR.
        Date of Birth: 02/28/1969
        Sex: Male
        Race: White
        Prisoner No.: B36116

has been and now is, in due form and process of law, incarcerated in:

        East Moline Correctional Center
        100 Hillcrest Road
        East Moline, Illinois 61244

Your petitioner further represents unto the Court that the said defendant has been charged in the above captioned cause in the Western Division of the Northern District of Illinois with a violation of, and is now wanted in said division and district at 11:00 a.m., on

Friday, September 12, 2008, for his initial appearance before United States District Court Judge Frederick J. Kapala.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this matter directed to the following persons:

| | |
|---|---|
| KIM WIDUP | GENE JUNGWIRTH |
| United States Marshal | Warden |
| 219 South Dearborn Street | East Moline Correctional Center |
| Room 2444 - Federal Building | 100 Hillcrest Road |
| Chicago, Illinois 60604 | East Moline, Illinois 61244 |

commanding said persons to produce the said defendant before the United States District Court Judge for the Northern District of Illinois, Western Division, at said time and on said date, and that when the said defendant shall be so produced pursuant to said Writ, and that when all proceedings have been concluded, that he be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY: *(signature)*
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444